# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **LAN LI**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **Civ. No. 19-80332** |
| | ) |
| **PNC BANK, N.A.**, and | ) |
| **RUBEN RAMIREZ,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between *pro se* Plaintiffs Sanaz Salehin and Sara Salehin (the "Salehins") and PNC Bank, N.A. and Ruben Ramirez (the "Defendants"), by and through their undersigned counsel, that the claims asserted by the Salehins in the above-captioned matter have been amicably settled outside of court.  Accordingly, this Court may enter a Final Order on this Joint Stipulation of Dismissal With Prejudice, dismissing the Salehins' claims against the Defendants with prejudice and with each party bearing its own costs and attorneys' fees.

2

Dated: May 4, 2020							Respectfully submitted,


							*/s/   Nina Stillman Mandel*
							Nina Stillman Mandel
							Fla. Bar No. 843016
							**MANDEL & MANDEL LLP**
							169 East Flagler Street, Suite 1224
							Miami, Florida 33131
							Telephone: 305.374.7771
							nsm@mandel.law

							*/s/   Peter D. Hardy*
							Peter R. Hardy (admitted *pro hac vice*)
							Aliza R. Karetnick (admitted *pro hac vice*)
							Mary K. Treanor (admitted *pro hac vice*)
							Mansi Shah (admitted *pro hac vice*)
							**BALLARD SPAHR LLP**
							1735 Market Street, 51st Floor
							Philadelphia, PA 19103

							*Counsel for PNC Bank, N.A. and Ruben Ramirez*


							*/s/   Sanaz Salehin*
							Sanaz Salehin


							*/s/   Sara Salehin*
							Sara Salehin

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2020, a true copy of the above document was served via electronic means using the Court's Electronic Case Filing (ECF) system upon all registered ECF users and a true paper copy was served by first class mail on nonregistered parties. In addition, I hereby certify that a true copy was served on Iman Salehin at 47 Bralan Court, Gaithersburg, MD, 20887 and at [imansalehin@gmail.com](mailto:imansalehin@gmail.com) and on the Salehins at No. 11 Gorban Saidi Fayazi (Fereshte) Valiasr St., Tehran, Iran 1964947414.

*/s/ Nina Stillman Mandel*
Nina Stillman Mandel